inclose such vertical shafting for a height of eight feet, the court cannot say, as against the jury's verdict, that this shafting was properly guarded within the statute. Plaintiff's contributory fault having been properly left to the jury, their verdict should not be set aside as against the weight of evidence. In view of plaintiff's severe sufferings, and her serious and lasting injuries, with permanent disfigurement, we are not disposed to reduce the verdict of $20,000. The judgment and order are therefore unanimously affirmed, with costs.

Mary HAYNES, an infant, by Harry Haynes, her guardian ad litem, respondent, v. COOKE & COBB COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

HAYS v. ISRAEL et al. (Supreme Court, Appellate Term, First Department. January 7, 1916.) Appeal from Municipal Court; Borough of Manhattan, Ninth District. Action by Fannie Pauline Hays against David Israel and others. From a judgment for defendants, plaintiff appeals. Affirmed.
PER CURIAM. Judgment affirmed, without opinion.
FINCH, J. I dissent, on the ground that the furniture was leased to the Wilsonia Operating Company, which is now out of business and has been practically dissolved. The defendants do not retain the furniture through assignment or transfer of the corporation's right to it. They took possession of it when the corporation was dispossessed, and have no right to it as against the true owner. I think, therefore, that the judgment should be reversed.

HEFFERNAN v. HANLEY et al. (Supreme Court, Appellate Division, Second Department. December 10, 1915.) Action by William J. Heffernan against John H. Hanley and others; John Flanigan, appellant. No opinion. In view of the ability of the appellant to bring the action to prompt trial, and his inability to use the premises for some months, this court, without passing upon the merits of the controversy, will not disturb the decision of the Special Term. Orders affirmed, with $10 costs and disbursements. Jenks, P. J., not voting.

John W. HEINRICHS, appellant, v. D. APPLETON & COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

In the matter of the claim of Gustav HEITZ for compensation under the Workmen's Compensation Law, respondent, v. Jacob RUPPERT, employer, and Brewers' Mutual Indemnity Insurance Company, insurance carrier, appellants. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Motion denied, on the ground that leave to appeal to the Court of Appeals is not necessary. Matter of Harnett v. Steen Co., 216 N. Y. 101, 110 N. E. 170.

John HELIN, Respt., v. McMULLEN-SNARE & TRIEST, Inc., Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce verdict to $4,000, in which event, judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

HELMER, Respondent, v. ROCHESTER STAMPING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Frederick C. Helmer, as administrator, etc., against the Rochester Stamping Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

HENRY CHENEY HAMMER CO., applt., v. COLLINS, UTICA GAS & ELECTRIC CO. et al., respts. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment affirmed with costs. All concur; Merrell, J., not sitting.

HERMANNS, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1915.) Action by Magdalen Hermanns against the Brooklyn Heights Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

HERMANNS, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1915.) Action by Peter J. Hermanns against the Brooklyn Heights Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

John J. HICKS, respondent, v. James H. COCKS and John S. Burke, appellants. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, upon the ground that as to each defendant the examination directed would necessarily be to establish facts which would tend to prove defendant guilty of a crime. See People's Coat, Apron & Towel Supply Company v. Light, 168 App. Div. 142, 153 N. Y. Supp. 330. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

In the Matter of the Probate of the Last Will and Testament of Lois HIETT, deceased. (Supreme Court, Appellate Division, Fourth Department. January 12, 1916.) Decree reversed, upon questions of law and fact, and a new trial granted, with costs to appellants to abide event. The finding that the deceased was not of sound mind and memory at the time she made the alleged will is against the weight of the evidence. All concur.